GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:                                          )     CHAPTER 7
                                                )
Andrea Yvonne Sullivan,            )
                                                )     CASE NO.: 19-00418-TLM
                                                )
                                                )
            Debtor.                           )

**Motion for Turnover of Property and Records**

Notice of Motion for Turnover of Property and Records
and Opportunity to Object and for a Hearing

<u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW**, Gary L. Rainsdon, the Trustee in the above-entitled matter and moves this Court pursuant to 11 USC §§ 542 and 521(a)(4), for an order directing the Debtor to surrender the following property and records, to-wit:

1. Documentation of dates and amounts paid to or on behalf of Sam Reber during

    the 4 (four) years prior to date of bankruptcy filing (4/17/19).

The Trustee requested the above item(s) at the Meeting of Creditors on 05/23/19.  It is necessary to have the documents requested, because Debtor was in a relationship with Sam Reber during the years prior to her bankruptcy filing where they were comingling their finances

by Debtor purchasing goods and services which benefitted Sam Reber, at the same time he was using his own income to purchase at least one valuable asset in his own name, and does not appear to have provided reasonable value in exchange for the goods and services purchased by Debtor. The Trustee makes said motion upon the grounds and for the reasons that said property is property of the bankruptcy estate and the Debtor has not provided the requested item(s) to the Trustee.

Dated this: July 11, 2019

/s/ _____

Gary L. Rainsdon, Trustee

## **CERTIFICATE OF MAILING**

     I HEREBY CERTIFY that on July 11, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

     U.S. Trustee, ECF
     Hyrum M Zeyer, ECF

     AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
     Via First Class mail, postage prepaid addressed as follows:

     Les Schwab Tire Centers of Boise, Inc.
     P.O. Box 5350
     Bend, OR 97708

     Andrea Yvonne Sullivan
     1973 N Raymond Street
     Boise, ID 83704

     Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

          None

     Via certified mail, return receipt requested, addressed as follows:

          None

By: _____/s/_____
     Gary L. Rainsdon, Trustee