Hyrum M. Zeyer     ISB No. 8436
Peterson Zeyer Law
1215 W. Hays Street
Boise, Idaho 83702
Telephone:    (208) 433-9882
Facsimile:    (208) 433-9886
E-mail:       Hyrum@PetersonZeyerLaw.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br>ANDREA YVONNE SULLIVAN<br><br>Debtor(s). | CHAPTER 7<br><br>Case No. 19-00418-TLM |
|---|---|

**DEBTOR'S RESPONSE AND OBJECTION TO TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY AND RECORDS**

NOW COMES the Debtor, by and through Hyrum M. Zeyer of Peterson Zeyer Law, and as for this Debtor's Response to Trustee's Motion for Turnover of Property and Records (Docket No. 17) states as follows:

1. At the meeting of creditors on May 23, 2019, the trustee requested 4 years of documents. After the meeting of creditors, Debtor's attorney and the trustee conversed on the phone to discuss the request of 4 years of documents. The trustee did not and would not specify what specific documents he wans to receive and review.

2. The Debtor's only financial holdings include PERSI and TIAA accounts, which are provided by Debtor's employer, and her bank accounts at Idaho Central Credit Union (ICCU) and Key Bank.

3. On July 17, 2019, Debtor, through her attorney, emailed to the trustee bank statements for her checking and savings accounts with ICCU covering the time period of March 1, 2016 to December 31, 2018.

4. Attached to the July 17, 2019 email to the trustee is a written and signed statement by the Debtor that she obtained all the statements in her possession and readily available to her through ICCU's online banking. The Debtor provided an explanation that a request for additional statements made in an ICCU branch for statements older than March 1, 2016 would cost her $3.00 a statement. In the written statement the Debtor included and provided the ICCU phone number she called to obtain information about obtaining additional statements and the additional costs.

5. Also attached to the July 17, 2019, email is a signed Authorization to Release Information document giving the trustee authorization to obtain any additional documents he needs.

6. Prior to the meeting of creditors, the trustee was provided to the trustee ICCU statements coving the time period of January 1, 2019 to the date of filing.

7. The Debtor opened the Key Bank accounts with in the 90 days of filing the bankruptcy and provided all statements to the trustee prior to the meeting of creditors.

8. In summary, the trustee received all the documents the Debtor has in her possession and has access to without sustaining additional and undue costs. The Debtor has provided a written statement stating such and has provided instructions on how to obtain more statements from ICCU. Additionally, the Debtor signed the trustee's authorization form giving authorization for the trustee to obtain any other needed documents.

9. Without a request by the trustee for specific documents and the Debtor, having provided all the above documents, statement, and authorization, has satisfied the request for documents and suspects that the Motion for Turnover (Docket No. 17) will be withdrawn by the trustee.

10. In the alternative, this response is to serve as an objection to the Motion for Turnover. If the trustee desires to carry the Motion for Turnover forward based on the Debtor not turning over a document, the Debtor will need a written request for a specific document so the Debtor will be able to quickly and precisely respond to the request.

WHEREFORE based on the above, the Debtor, having fulfilled the request of the trustee, respectfully responds to and objects to the trustee's Motion for Turnover.

**DATED**     July 23, 2019

**SIGNED**    PETERSON ZEYER LAW

  _/s/ Hyrum M. Zeyer_____

Hyrum M. Zeyer, Peterson Zeyer Law
Attorney for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2019, I filed the above Response/Objection to Trustee's Motion for Turnover electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Gary L Rainsdon - trustee@filertel.com

US Trustee - ustp.region18.bs.ecf@usdoj.gov

**DATED**     July 23, 2019

**SIGNED**    PETERSON ZEYER LAW

  _/s/ Hyrum M. Zeyer_____

Hyrum M. Zeyer, Peterson Zeyer Law
Attorney for the Debtor